

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2016

No. 04-16-00501-CV

**BORAIN CAPITAL, LLC**,
Appellant

v.

Syed **HASHMI**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-11798
The Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

On September 13, 2016, the court reporter responsible for filing the reporter's record in this appeal filed a notification of late record stating the reporter's record had not been filed because appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee. On September 15, 2016, we ordered appellant to provide written proof to this court that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. On September 19, 2019, appellant filed written proof in this court that the reporter's fee had been paid. It is therefore ORDERED that the reporter's record be filed in this court no later than thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court